**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, Department of Labor,<br><br>　　　　　　Plaintiff(s),<br>　v.<br>STANFORD YELLOW CAB TAXI, INC., et. al.,<br><br>　　　　　　Defendant(s).<br>_____/ | CASE NO. 5:13-cv-04208 EJD<br><br>**ORDER SETTING DEADLINE FOR COMPLETION OF DISCOVERY; REFERRING DISCOVERY DISPUTES TO THE ASSIGNED MAGISTRATE JUDGE** |

Since it now appears that such a deadline will be necessary, the court orders that all discovery in this action shall be completed on or before **February 12, 2014.**[1]  In addition, all disputes with respect to discovery or disclosure are hereby referred to the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: January 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Although this case was set for a Case Management Conference on January 17, 2014, neither party filed a case management statement by January 10, 2014, even though they were ordered to do so. See Docket Item No. 4.  Accordingly, the court assumed a deadline for the completion of discovery was unnecessary.  That assumption was apparently incorrect.

1
CASE NO. 5:13-cv-04208 EJD
ORDER SETTING DEADLINE FOR COMPLETION OF DISCOVERY; REFERRING DISCOVERY DISPUTES TO THE ASSIGNED MAGISTRATE JUDGE