IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, Department of Labor, | CASE NO. 5:13-cv-04208 EJD |
| Plaintiff(s), | **ORDER AFTER STATUS CONFERENCE** |
| v. | |
| STANFORD YELLOW CAB TAXI, INC., et. al., | |
| Defendant(s). | |

As stated at the Status Conference on February 24, 2014, the court orders as follows:

1. The merits hearing is CONTINUED to **9:00 a.m. on March 12, 2014.**

2. The court schedules a Status Conference at **9:00 a.m. on February 27, 2014.** Counsel for the parties or a representative authorized to act on behalf of counsel shall be present on that date. In addition, all outstanding subpoenas remain in full force and effect. Accordingly, witnesses who have been served with a subpoena to appear on February 27th shall still appear and will be ordered to return on March 12th.

3. The parties shall file amended witness and exhibit lists which comply with the relevant portions of the undersigned's Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation in Civil Cases on or before **March 5, 2014.** Chambers copies of amended documents should also be provided to the undersigned's courtroom deputy.

**IT IS SO ORDERED.**

Dated: February 24, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04208 EJD
ORDER AFTER STATUS CONFERENCE