JANET M. HEROLD
Regional Solicitor
IAN H. ELIASOPH
Counsel for Civil Rights
JOSEPH M. LAKE (SBN 246679)
Trial Attorney
lake.joseph@dol.gov
ERIN MOHAN (SBN 281617)
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7758
Facsimile: (415) 625-7772

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> STANFORD YELLOW TAXI CAB, INC., a corporation; STANFORD MADELINE CAB, INC., a corporation; AAA LEGACY LIMOUSINE, INC., a corporation; and SAYED ABBAS, an individual; <br><br> Defendants. | HON. EDWARD J. DAVILA <br> Case No. 5:13-CV-04208 EJD <br><br> [~~PROPOSED~~] ORDER PERMITTING ELECTRONIC EQUIPMENT IN THE COURTHOUSE <br><br> Date: March 12, 2014 <br> Time: 9:00 am <br> Courtroom: 4 |

  I hereby authorize counsel for the Secretary of Labor to bring the following electronic equipment into the courthouse during March 12-13, 2014, for the purpose of presenting evidence at trial on the above-captioned case:

**Proposed Order Permitting Electronic Equipment in the Courtroom**
**Page 1 of 2**

1. an ELMO digital display device;
2. a projector; and
3. two laptop computers with speakers.

IT IS SO ORDERED.

Dated: _____March 7_____, 2014

_____
United States District Court Judge

Presented by:

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

IAN H. ELIASOPH
Counsel for Civil Rights

JOSEPH M. LAKE
Trial Attorney

By: \_\_\_\_\_/s/_____
ERIN M. MOHAN
Trial Attorney

**Proposed Order Permitting Electronic Equipment in the Courtroom**
**Page 2 of 2**