JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
FLSA Counsel
JOSEPH M. LAKE (Bar No. 246679)
Senior Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7758
Facsimile: (415) 625-7772
Email: lake.joseph@dol.gov

Attorneys for Plaintiff Secretary of Labor,
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>STANFORD YELLOW TAXI CAB, INC., a corporation; AAA LEGACY LIMOUSINE, INC., a corporation; and SAYED ABBAS, an individual;<br><br>Defendants. | HON. EDWARD J. DAVILA<br><br>Case No. 5:13-CV-04208 EJD<br><br>~~(PROPOSED)~~ ORDER FOR ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12<br>(AMENDED) |

Pursuant to Civil Local Rules 3-12 and 7-11, Thomas E. Perez, Secretary of Labor, United States Department of Labor (the "Secretary") requests that the Court consider whether *Perez v. Abbas et al.*, Case No. 5:13-CV-04208 (EJD) is related to *Perez v. Abbas et al.*, Case No. 5:14-CV-03983 (PSG). Having considered the matters set forth in the Secretary's pleadings herein, it is hereby:

1  ORDERED that *Perez v. Abbas et al.*, Case No. 5:13-CV-04208 (EJD) and *Perez v. Abbas et al.*, Case No. 5:14-CV-03983 (PSG) ARE /~~ARE NOT~~ related pursuant to Civil Local Rule 3-12. The Clerk shall reassign case number 5:14-cv-03983 BLF to the undersigned.

DATED: _January 27, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

SUSAN SELETSKY
FLSA Counsel


_____*/s/ Joseph Lake*_____
Joseph Lake
Senior Trial Attorney

Attorneys for Plaintiff Secretary of Labor,
United States Department of Labor